### M'GAUNTEN *against* WILBUR.

On certiorari to the Marine Court of the city of *New-York*. The defendant in error, on the 31*st Oct.* 1820, hired of the plaintiff in error, a house in the city of *New-York*, for 6 months, from the 1*st* day of *Nov.* following, for which he agreed to pay $150 ; $50 in advance—the residue to be secured by a bill of sale of his furniture, in nature of a mortgage. He mentioned at the time, that he did not want possession under a fortnight. On the 3*d Nov.* the plaintiff in error, not having received the $50 and security, let the house to another tenant. On the 8*th* or 10*th Nov.* the defendant in error tendered to the plaintiff in error the $50 and bill of sale, demanding possession of the house, which was refused. In assumpsit for breach of this agreement, a verdict and judgment were rendered for the defendant in error, with $100 damages.

*E. Averill,* for the plaintiff in error.

*W. A. Seely,* contra.

*Curia.* The judgment must be reversed. The agreement was, that the 50 dollars rent should be paid in advance. This not having been done, and the security not being given on the 3*d* day of *November*, the plaintiff in error had a right to consider the contract at an end, and to let his house to any other person. The remark of the defendant in error, that he did not want the possession under a fortnight, did not vary the agreement. This was, to pay the 50 dollars, &c. not before he entered into possession, but before he was entitled to possession, which was on the 1*st* day of *November*.

Judgment reversed.

Where *W*, on the 31*st Oct.* hired a house of *G*, from 1*st Nov.* for six months, and agreed to pay $50, in advance, and secure $100 dollars in a manner specified ; but omitted to pay, or give security, till 3*d Nov.* when *G* let the house to another ; *held,* that the contract was at an end, though *W* mentioned at the time of the contract, that he did not want possession under a fortnight.
The payment, &c. is in such case a condition precedent, not to his entering into possession, but to his being entitled to the possession.
And the agreement was, accordingly, construed to mean a payment, &c. before the 1*st* of *November*.